MARIA L. TIFFT, as Executrix of JOHN V. TIFFT, Deceased, et al., Respondents, *v.* THE CITY OF BUFFALO, Appellant.

*Tifft* v. *City of Buffalo*, 25 App. Div. 376, affirmed.
(Argued November 2, 1900; decided November 16, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered Feb-

ruary 10, 1898, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*W. H. Cuddeback* for appellant.

*Geo. Wadsworth* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.